# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/2/2016 cp
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
HASSAN GENELL HINES )
) Case No: 5:07-CR-323-1BO
) USM No: 50989-056
Date of Original Judgment: January 5, 2009 )
Date of Previous Amended Judgment: ) Laura Wasco
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:           292 TWB
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 420 months **is reduced to** ~~341~~ months on each of Counts 1 and 3, concurrent. Count 2 will remain 120 months, concurrent, Count 4 will remain 240 months, concurrent. Count 5 will remain 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 5, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6-2-16                    /s/ Terrence Boyle
                                        Judge's signature

Effective Date: November 1, 2015       Terrence W. Boyle, U.S. District Judge
 *(if different from order date)*         Printed name and title

EDNC Rev. 11/8/2011